BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUAFOW SAECHAO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-2886-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 3, 2015, to September 2, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel recently returned from leave related to his wedding and has a higher than normal workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 31, 2015 */s   Stephen A. Valizan*
(*as authorized via e-mail on July 31, 2015)
STEPHEN A. VALIZAN
Attorney for Plaintiff


Dated: August 25, 2015                           BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCLEO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant


<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  08/26/15

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2