ELIZABETH L. GADE (SBN: 161495)
STEPHEN A. VALIZAN (SBN: 260861)
LAW OFFICE OF ELIZABETH GADE, INC.
1900 Point West Way, Suite 208
Sacramento, CA  95815
Telephone: (916) 648-8600
Facsimile: (916) 648-8601

*Attorneys for Plaintiff*

LAW OFFICE OF ELIZABETH GADE, INC.
1900 POINT WEST WAY, SUITE 208 SACRAMENTO, CA 95815

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUAFOW SAECHAO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant, | **2:14-CV-02886-KJN**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their assigned counsel, subject to the Court's approval, that plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, TWO HUNDRED DOLLARS ($4,200.00).  This amount represents compensation for all legal services counsel rendered on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees approved to

---

MOTION FOR SUMMARY JUDGMENT AND/OR REMAND ON THE PLEADINGS

be made directly to Stephen A. Valizan, pursuant to the assignment executed by Plaintiff. Any payments

made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

and does not constitute an admission of liability on the part of Defendant under EAJA.  Payment of the

agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff may

have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Respectfully submitted,

Dated:  April 19, 2016                    /s/  Stephen A. Valizan
                                          STEPHEN A. VALIZAN
                                          Attorney for Plaintiff


Dated:  April 19, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          DEBORAH LEE STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          By:     /s/ Marcelo Illarmo
                                          MARCELO ILLARMO
                                          (*as authorized via e-mail on April 19, 2016)
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

                                          ORDER

APPROVED AND SO ORDERED:


Dated:  April 21, 2016

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF ELIZABETH GADE, INC.
1900 POINT WEST WAY, SUITE 208 SACRAMENTO, CA 95815